UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60128-CR-DIMITROULEAS/HUNT

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DEGGORY RYAN CLARK,

    Defendant.
_____/

**DEFENDANT'S MOTION TO RESET CALENDAR CALL DATE**

COMES NOW the Defendant, Deggory Ryan Clark, by and through undersigned counsel, and respectfully moves this Honorable Court to reset the currently scheduled Calendar Call date of July 11, 2025 at 9:00 a.m., and in support thereof states the following:

The Calendar Call in this matter is presently scheduled for Friday, July 11, 2025 at 9:00 a.m.[D.E. 75].

Undersigned counsel has a long-standing professional obligation to attend the Annual CJA Attorney Conference in Bonita Springs, Florida, which takes place during that week.

Counsel is therefore unavailable July 10, 2025 - July 11, 2025, due to travel and participation in the required training sessions.

Counsel is available and respectfully requests that the Calendar Call be reset to a date before July 10, 2025 or after July 11, 2025, at the Court's convenience.

This request is made in good faith and not for purposes of delay.

WHEREFORE, the Defendant respectfully requests that this Court enter an Order resetting the Calendar Call, currently to a mutually convenient date either prior to July 10, 2025 or following July 11, 2025.

        Respectfully submitted,

        HECTOR A. DOPICO
        FEDERAL PUBLIC DEFENDER

By:   s/ *Allari Dominguez*
        Assistant Federal Public Defender
        Florida Bar No. 98383
        One East Broward Boulevard, Suite 1100
        Fort Lauderdale, Florida 33301-1842
        Tel: 954-356-7436
        E-Mail: Allari_Dominguez@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on July 2, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        By:   s/ *Allari Dominguez*, AFPD