UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60128-CR-DIMITROULEAS/HUNT

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DEGGORY RYAN CLARK,

    Defendant.

_____/

**ORDER**

THIS CAUSE having come before the Court on the Defendant's Motion to Reset Calendar Call, and the Court having reviewed the record and being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Defendant's Unopposed Motion to Reset Calendar Call is hereby Granted. The calendar call in this matter is hereby reset for the _____ day of _____, 2025 at _____.

DONE AND ORDERED at Fort Lauderdale, Florida this ____ day of July 2025.

_____
Honorable William P. Dimitrouleas
United States District Court Judge

cc:    Allari Dominguez, AFPD
       Corey O'Neal, AUSA