UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60128-CR-DIMITROULEAS/HUNT

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DEGGORY RYAN CLARK,

    Defendant.

_____/

**ORDER**

THIS CAUSE having come before the Court on the Defendant's Motion to Sever Defendant Deggory Ryan Clark from Joint Trial, and the Court having reviewed the record and being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Defendant's Motion to Sever is hereby Granted. A separate trial Order shall be filed.

DONE AND ORDERED at Fort Lauderdale, Florida this ____ day of July 2025.

                                                          Honorable William P. Dimitrouleas
                                                          United States District Court Judge

cc:    Allari Dominguez, AFPD
        Corey O'Neal, AUSA