UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-60128-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs.

DEGGORY RYAN CLARK,
    a.k.a. "Deg,"

        **Defendant.**
_____/

## GOVERNMENT EXHIBIT LIST

The United States submits the attached exhibit list, which reflects exhibits that Government intends to introduce at trial during the Government's case-in-chief.

Respectfully submitted,

By: /s/ *Corey R. O'Neal*
COREY R. O'NEAL
Assistant United States Attorney
Court No. A5503031
U.S. Attorney's Office - SDFL
500 East Broward Boulevard, 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 660-5996
Email: Corey.O'Neal@usdoj.gov

By: /s/ *Joseph A. Cooley*
JOSEPH A. COOLEY
Assistant United States Attorney
Florida Bar No. 966460
U.S. Attorney's Office - SDFL
500 East Broward Boulevard, 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (786) 356-7230
Email: joseph.cooley2@usdoj.gov

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 13, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

/s/ *Corey R. O'Neal*
COREY R. O'NEAL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | GOVERNMENT EXHIBIT LIST |
|---|---|
| v. | |
| DEGGORY RYAN CLARK, | CASE NO. 25-60128-CR-DIMITROULEAS |
| Defendant. | |

| PRESIDING JUDGE | | | GOVERNMENT ATTORNEYS | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| Hon. William P. Dimitrouleas | | | Joseph A. Cooley<br>Corey R. O'Neal | | Allari Dominguez<br>Huda Ajlani-Macri |
| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| 1a | | | | | 52.4 grams of cocaine base from West Park 05-12-2025 |
| 1b | | | | | .560 grams of cocaine base from West Park 05-12-2025 |
| 1c | | | | | .648 grams of cocaine base from West Park 05-12-2025 |
| 1d | | | | | 53.2 grams of cocaine from West Park 05-12-2025 |
| 1e | | | | | 68.1 grams cocaine from West Park 05-12-2025 |
| 1f | | | | | Approximately 161 containers of suspected marijuana seized 05-12-2025 from West Park |
| 1g | | | | | 6.38 grams of cocaine base from West Park 05-08-2025 |
| 2 | | | | | Ruger .380 handgun from West Park 05-12-2025 |
| 2a | | | | | Fourteen (14) .380 caliber rounds from West Park 05-12-2025 |
| 3 | | | | | Dark blue iPhone from Deggory Clark on 05-12-2025 |
| 4 | | | | | Composite photographs from West Park 05-12-2025 |
| 5a | | | | | 19.4 grams of cocaine base from Hallandale 05-12-2025 |
| 5b | | | | | 13.4 grams of cocaine from Hallandale 05-12-2025 |
| 5c | | | | | 4.98 grams of cocaine base from Hallandale 04-23-2025 |
| 5d | | | | | 6.38 grams of cocaine base from Hallandale on 04-16-2025 |
| 5e | | | | | 5.94 grams of cocaine base from Hallandale 04-08-2025 |
| 5f | | | | | 6.83 grams of cocaine base from Hallandale 04-02-2025 |
| 5g | | | | | 5.14 grams of cocaine base from Hallandale 03-25-2025 |
| 5h | | | | | 5.11 grams of cocaine base from Hallandale on 03-19-2025 |
| 5i | | | | | 5.35 grams of cocaine base from Hallandale on 03-05-2025 |
| 5j | | | | | 1.54 grams of cocaine base from Hallandale on 02-27-2025 |
| 6 | | | | | (HALLANDALE gun) |
| 6a | | | | | (HALLANDALE ammo) |
| 7a | | | | | Blue ledger from Hallandale 05/12/2025 |
| 7b | | | | | Red ledger from Hallandale on 05/12/2025 |

3

| | | | | | |
|---|---|---|---|---|---|
| 8 | | | | | Black Motorola cellphone with 954-867-8786 from Chad Clark 05-12-2025 |
| 9 | | | | | Composite photographs from Hallandale 05-12-2025 |
| 10 | | | | | Video from narcotics purchase on 04-16-2025 |
| 10a-c | | | | | Still frames from narcotics purchase on 04-16-2025 |
| 11 | | | | | Extractions from cellphone with 954-867-8786 from Chad Clark 05-12-2025 |
| 11a-l | | | | | Composite extractions from cellphone with 954-867-8786 from Chad Clark 05-12-2025 |
| 12 a-c | | | | | GPS location exhibit |
| 13 | | | | | Pole Camera video from West Park |
| 13a – 13zzz, 13zzzz, 13zzzzz, 13zzzzzz, 13zzzzzzz | | | | | Composite video clips from West Park |
| 14 | | | | | Pole camera video from Hallandale |
| 14a – 14j | | | | | Composite video clips from Hallandale |
| 15a – 15b | | | | | Composite video Hallandale and Westpark 05-05-2025 |
| 16 | | | | | Bodyworn Camera Agent Nobles 05-12-2025 |
| 17 | | | | | Composite photos from iPhone from Deggory Clark on 05-12-2025 |
| 18 | | | | | Certified convictions and DOC records of Deggory Clark |
| 19 | | | | | Nexus Report for Ruger .380 handgun from West Park 05-12-2025 |
| 20 | | | | | Composite DEA lab reports and curricula vitae |
| 21 | | | | | Composite DNA swabs, curricula vitae, reports |
| 22 | | | | | <Place Holder Exhibit> |
| 23 | | | | | Composite photos of defendants |
| 24 | | | | | Still frame from music video |
| 25 | | | | | Composite still frames from Hallandale purchases |
| 26 | | | | | Ring Camera Video search warrant return |
| 27 | | | | | Composite still frames from Ring Camera Video |
| 28 | | | | | Composite Ring Camera Video Clips and Pole Camera Clip |
| 29 | | | | | Composite Ring Camera Video Clips Part 2 |
| 30 | | | | | Ring Camera Video time chart |