UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-60128-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs.

DEGGORY RYAN CLARK,
    a.k.a. "Deg,"

        **Defendant.**
_____/

## GOVERNMENT'S WITNESS LIST

The United States submits the following witness list, which reflects witnesses that Government may call at the Defendant's trial. The Government reserves the right to supplement the witness list based on the evidence and arguments presented at trial.

1. SA Chelsey Hibsch, FBI
2. SA Daniel Jared Nobles, FBI
3. SA Sergio Francisco, FBI
4. SA Sean Kibby, FBI
5. Tactical Specialist Marlie Brown, FBI
6. Digital Forensic Examiner Taylor Rodriguez, FBI
7. Sgt. Jennifer Higgins, Hallandale Police Department
8. Det. Ryan Reyes, Broward Sheriff's Office
9. SA Ariel Romero-Alvarez, ATF
10. SA Cesar Calcano, ATF
11. Forensic Chemist Abimael Vasquez, DEA
12. Senior Forensic Chemist Maria Pena Ramos, DEA
13. Senior Forensic Chemist Patricia Diaz, DEA
14. Forensic Chemist Alyssa Sanchez, DEA

15. Forensic DNA Analyst Madison C. Carlin, DNA Labs International

>Respectfully submitted,
>
>HAYDEN P. O'BYRNE
>UNITED STATES ATTORNEY
>
>By: /s/ *Corey R. O'Neal*
>COREY R. O'NEAL
>Assistant United States Attorney
>Court No. A5503031
>U.S. Attorney's Office - SDFL
>500 East Broward Boulevard, 7th Floor
>Fort Lauderdale, Florida 33394
>Telephone: (954) 660-5996
>Email: Corey.O'Neal@usdoj.gov
>
>By: /s/ *Joseph A. Cooley*
>JOSEPH A. COOLEY
>Assistant United States Attorney
>Florida Bar No. 966460
>U.S. Attorney's Office - SDFL
>500 East Broward Boulevard, 7th Floor
>Fort Lauderdale, Florida 33394
>Telephone: (786) 356-7230
>Email: joseph.cooley2@usdoj.gov