UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   25-60128-CR-DIMITROULEAS

UNITED STATES OF AMERICA,
         Plaintiff,

vs.

DEGGORY RYAN CLARK,
         Defendant.
                                              :

**NOTICE OF CO-COUNSEL ASSIGNMENT**

      The above captioned case has been assigned to the Assistant Federal Public Defender specified below as co-counsel with Assistant Federal Public Defender Allari Dominguez.   Please send all notices and inquiries to both attorney's at the address listed.

                                              Respectfully submitted,

                                              HECTOR A. DOPICO
                                              FEDERAL PUBLIC DEFENDER

                       By:   *s/ Huda Ajlani-Macri*
                                  Assistant Federal Public Defender
                                  Florida Bar No. 27381
                                  One E. Broward Boulevard, Suite 1100
                                  Ft. Lauderdale, FL 33301-1842
                                  Tel: (954) 356-7436
                                  Huda_Ajlani-Macri@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on July 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/ Huda Ajlani-Macri*
Huda Ajlani-Macri