AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

USA

V.

Deggory Ryan Clark

**EXHIBIT AND WITNESS LIST**

Case Number: 25-cr-60128-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Joseph A. Cooley, Corey O'Neal | Allari Dominguez |
| TRIAL DATE(S) 7/14/2025- 7/15/2025, 7/16/25 | COURT REPORTER Shelly Kelly | COURTROOM DEPUTY Crystal Barnes-Butler |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W-1 | | 7/15 | | | Sean Kiddy |
| W-2 | | " | | | Sergio Francisco |
| W-3 | | " | | | Maria Pena-Ramos |
| W-4 | | " | | | Patricia Diaz |
| W-5 | | " | | | Abimael Vasquez |
| W-6 | | " | | | Ryan Reyes |
| W-7 | | " | | | Jennifer Higgins |
| W-8 | | " | | | Taylor Rodriguez |
| W-9 | | " | | | Marlie Brown |
| | | | | | |
| | | | | | (see attached exhibit list) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | GOVERNMENT EXHIBIT LIST |
|---|---|
| v. | |
| DEGGORY RYAN CLARK, | CASE NO. 25-60128-CR-DIMITROULEAS |
| Defendant. | |

| PRESIDING JUDGE | GOVERNMENT ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. William P. Dimitrouleas | Joseph A. Cooley<br>Corey R. O'Neal | Allari Dominguez<br>Huda Ajlani-Macri |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1a | | | | 9/15 | 52.4 grams of cocaine base from West Park 05-12-2025 |
| 1b | | | | " | .560 grams of cocaine base from West Park 05-12-2025 |
| 1c | | | | " | .648 grams of cocaine base from West Park 05-12-2025 |
| 1d | | | | " | 53.2 grams of cocaine from West Park 05-12-2025 |
| 1e | | | | " | 68.1 grams cocaine from West Park 05-12-2025 |
| 1f | | | | " | Approximately 161 containers of suspected marijuana seized 05-12-2025 from West Park |
| 1g | | | | " | 6.38 grams of cocaine base from West Park 05-08-2025 |
| 2 | | | | 9/15 | Ruger .380 handgun from West Park 05-12-2025 |
| 2a | | | | 9/15 | Fourteen (14) .380 caliber rounds from West Park 05-12-2025 |
| 3 | | | | 9/15 | Dark blue iPhone from Deggory Clark on 05-12-2025 |
| 4 a,b,c,d,e f,g-uuu | | | | 9/15 | Composite photographs from West Park 05-12-2025 |
| 5a | | | | | 19.4 grams of cocaine base from Hallandale 05-12-2025 |
| 5b | | | | | 13.4 grams of cocaine from Hallandale 05-12-2025 |
| 5c | | | | | 4.98 grams of cocaine base from Hallandale 04-23-2025 |
| 5d | | | | | 6.38 grams of cocaine base from Hallandale on 04-16-2025 |
| 5e | | | | | 5.94 grams of cocaine base from Hallandale 04-08-2025 |
| 5f | | | | | 6.83 grams of cocaine base from Hallandale 04-02-2025 |
| 5g | | | | | 5.14 grams of cocaine base from Hallandale 03-25-2025 |
| 5h | | | | | 5.11 grams of cocaine base from Hallandale on 03-19-2025 |
| 5i | | | | | 5.35 grams of cocaine base from Hallandale on 03-05-2025 |
| 5j | | | | | 1.54 grams of cocaine base from Hallandale on 02-27-2025 |
| 6 | | | | | (HALLANDALE gun) |
| 6a | | | | | (HALLANDALE ammo) |
| 7a | | | | | Blue ledger from Hallandale 05/12/2025 |
| 7b | | | | | Red ledger from Hallandale on 05/12/2025 |

3

| | | | | | |
|---|---|---|---|---|---|
| 8 | | | | | Black Motorola cellphone with 954-867-8786 from Chad Clark 05-12-2025 |
| 9 | | | | | Composite photographs from Hallandale 05-12-2025 |
| 10 | | | | | Video from narcotics purchase on 04-16-2025 |
| 10a-c | | | | | Still frames from narcotics purchase on 04-16-2025 |
| 11 | | | | | Extractions from cellphone with 954-867-8786 from Chad Clark 05-12-2025 |
| 11a-l | | | | | Composite extractions from cellphone with 954-867-8786 from Chad Clark 05-12-2025 |
| 12 a-c | | | | 7/15 | GPS location exhibit |
| 13 | | | | 7/16 | Pole Camera video from West Park |
| 13a – 13zzz, 13zzzz, 13zzzzz, 13zzzzzz, 13zzzzzzz | | | | | Composite video clips from West Park |
| 14 | | | | 7/15 | Pole camera video from Hallandale |
| 14a – 14j | | | | | Composite video clips from Hallandale |
| 15a – 15b | | | | | Composite video Hallandale and Westpark 05-05-2025 |
| 16 AbC | | | | 7/15 | Bodyworn Camera Agent Nobles 05-12-2025 |
| 17 | | | | | Composite photos from iPhone from Deggory Clark on 05-12-2025 |
| 18 | | | | | Certified convictions and DOC records of Deggory Clark |
| 19 | | | | | Nexus Report for Ruger .380 handgun from West Park 05-12-2025 |
| 20 | | | | | Composite DEA lab reports and curricula vitae |
| 21 | | | | | Composite DNA swabs, curricula vitae, reports |
| 22 | | | | | <Place Holder Exhibit> |
| 23 BCDEF | | | | 7/15 | Composite photos of defendants |
| 24 | | | | 7/15 | Still frame from music video |
| 25 | | | | | Composite still frames from Hallandale purchases |
| 26 | | | | | Ring Camera Video search warrant return |
| 27 | | | | | Composite still frames from Ring Camera Video |
| 28 | | | | | Composite Ring Camera Video Clips and Pole Camera Clip |
| 29 | | | | | Composite Ring Camera Video Clips Part 2 |
| 30 | | | | | Ring Camera Video time chart |

4