UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25 CR 60128 WPD

USA,
 Plaintiff

v.

Deggory Clark,
 Defendant.

## RELEASE OF EXHIBITS

I, COREY R. O'NEAL, as counsel for the ~~plaintiff/defendant~~ Government, UNITED STATES OF AMERICA, hereby acknowledge that the hearing/trial has concluded and the exhibit(s) listed below have been returned by the Clerk:

☒ **All non-documentary exhibits. (Contraband and non-documentary physical exhibits.)**

☐ **Audio and/or video exhibits** unavailable for filing at the conclusion of the proceedings.
Exhibit Nos. _____

☐ **Other:** _____

Any original exhibits that have been returned to or retained by the filing party shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

Signature of Counsel: _Corey O'Neal_   Date: 07/16/2025

Exhibits Released by: _____
 Deputy Clerk