25cr60128-WPD

FILED BY____
JAN 20 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Deggory Clark
81447-511
FCI Butner 2
P.O. Box 1500
Butner, NC 27509

January 12, 2026

RE: Case Number Unknown

Clerks Office
U.S. District Court
299 East Broward Blvd
Fort Lauderdale, FL 33301

Dear Clerk,

I am writing to this Clerk of Court requesting that this Clerk please mail me a copy of my most updated Docket Entry Sheet. I do not know my case Number by heart, but I was sentenced on October 3, 2025, to 36-Months. I previously arrived into the Bureau of Prisons system without any court documentation regarding my case, and case Number. But for these reasons I'm also requesting that this Clerk please assist me with obtaining my Sentencing Hearing Transcripts along with my Docket Entry Sheet that reflects my case proceedings at it's entirety...

Thank you for your attention with this matter.

Sincerely,

Deggory Clark, #81447-511

**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Complex*
*Butner, North Carolina 27509*

☐ Federal Medical Center
  P.O. Box 1600
☐ FCI Butner Medium I
  P.O. Box 1000
☑ FCI Butner Medium II
  P.O. Box 1500
☐ FCI Butner Low
  P.O. Box 999

Inmate Correspondence

RALEIGH NC 275
Research Triangle Region
16 JAN 2026 AM 3 L

3301-197753

Clerks Office
U.S. District Court
299 East Broward Blvd.
Fort Lauderdale, FL Room; 108
33301