UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                     CASE NO.  25-60128-CR-DIMITROULEAS

     Plaintiff,

vs.

DEGGORY CLARK,

     Defendant.

_____.

### O R D E R

THIS CAUSE is before the Court on Clarks' *pro se* January 12, 2026[1] Request for

Sentencing Transcripts  [DE-178].  The Court has reviewed the court file and Pre-Sentence

Investigation Report (PSIR) and having presided over this cause, finds as follows:

1.  On July 16, 2025, Clark pled guilty to Possession with Intent to Distribute 28

grams or more of Crack Cocaine [DE-106].  On October 3, 2025, Clark was

sentenced to 36 months in prison [DE-139], to be followed by three (3) years of

supervised release.  No appeal was taken.  In this latest request, Clark seeks a

docket sheet and sentencing transcripts.  No transcripts have been transcribed.

None exist in the court file.

2.  Clark is not entitled to transcripts in order to file a post conviction motion.  *U.S.

v. McCollom*, 426 U.S. 317 (1976); *U.S. v. Warmus*, 151 Fed. Appx. 783, 787 (11th

Cir. 2005) *citing U.S. v. Herrera*, 474 F. 2d 1049 (5th Cir. 1973).

---

[1] Filed by the Clerk on January 20, 2026.

3. Clark can make financial arrangements with the court reporter to obtain copies.

   However, no good cause has been shown to warrant this court's expending

   public funds to provide copies of any transcripts at this time. *U.S. v. Horvath*,

   157 F. 3d 131 (2d Cir. 1998). The Clerk has mailed a copy of the docket sheet.

Wherefore, Clark's Motion for Transcripts [DE-178] is Denied.

The Clerk shall mail a copy of this order to Clark.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida,

this 23rd day of January, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Clerk of Court

Deggory Clark, #81447-511
FCI Butner
Inmate Mail
PO Box 1500
Butner, NC  27509