IN THE UNITED STATES DISTRICT COURT
SOUTHERN    DISTRICT OF FLORIDA

FILED BY_____ D.C.

APR 13 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

UNITED STATES OF AMERICA
           PLAINTIFF,

V                                    CASE NO. 0:25-cr-60128-wpd(6)

DEGGORY CLARK              /

## MOTION FOR TRANSCRIPTS AND ANY OTHER DOCUMENTS IN THE ABOVE CASE NUMBER

Now comes, DEGGORY CLARK      , in pro se, in necessity, and hereby moves this honoable court to grant the following:

1. Docket menu for all filings and hearing in the above case Number;
2. [] Trial transcripts;      6. [X]
3. [X] Plea transcripts;
4. [X] Sentencing transcripts;
5. [X] Indictment;
And any other documents that would assist the movant.

The above requested transcripts and records are required to assist the Movant, in drafting a pro se motion for Direct Appeal, 28 U.S.C 2255 motion, supreme court petition.

## MEMORANDUM OF AUTHORITIES IN SUPPORT OF MOTION

Movant, DEGGORY CLARK      , points to Griffin v Illinois, 351 U.S. 12, 100 L.Ed. 891, 76 S.CT. 585 (1953). The supreme court held the due process and equal protection clause of the federal constitution's fourteenth amendment were violated by a states denial of an appeal of a criminal conviction solely on account of the defendant's inability to pay for transcripts.

Movant, DEGGORY CLARK      , has limited funds, as the Forma pauperis depicts. Movant DEGGORY CLARK      , request that the court grant the motion pursuant to Smith v Bennet, 365 U.S. 708, 713, 81 S.Ct. 898, 6 L.ED.2d 39 (1961). The supreme court stated in failing to extend the privledge of the great writ to it's indigent prisoners this

1

denies them equal protection of the law.

Movant, DEGGORY CLARK_____, is unable to determine whether there were constitutional violations nor can movant, _DEGGORY CLARK_____, effectuate a colorable issue without first looking through the transcripts and records being sought in this motion. See Drapper v Washington, 372 U.S. 487, 9 L.ED.2d 899 33 S.Ct. 774 (1963); the court stated, The washington court could not deny movant's request for review of the transcript motion without first granting them a record of sufficient completeness to permit proper consideration of their claims.

Movant has established that the court is required to provide all documents needed to effectuate his issues.

With good cause shown, Movant moves this court to issue an order for the clerk to provide the movant with the documents requested to effectuate all his issues without the cost.

Respectfully submitted,

*Deggory Clark*
DEGGORY CLARK #81447-511
Po box 019001
Atwater, Ca 95301

4/7/2026
DATE

CERTIFICATE OF SERVICE

On this the _7__ day of _APRIL_____ 2026, a true copy of this motion was placed in first class mail postage prepaid.

*Deggory Clark*
DEGGORY CLARK #81447-511
Po box 019001
Atwater, Ca 95301

2

DEGGORY CLARK #81447-511
Po BOX 019001
Atwater, Ca 95301
UNITED STATES PENITENTIARY


(LEGAL MAIL)

TO: UNITED STATES DISTRICT COURT
    OFFICE OF THE CLERK
    299 EAST BROWARD BOULEVARD, ROOM 108
    FT. LAUDERDALE, FL. 33301


33301*1977 C040

UNITED STATES PENITENTIARY, ATWATER
P.O. BOX 019001        APR 0 7 2026
ATWATER, CA. 95301   DATE

The enclosed letter was processed through special mailing procedure
for forwarding to you. The letter has neither been opened nor
inspected. If the writer raises a question or problem over which
this facility has jurisdiction, you may wish to return the material
for further information or clarification. If the writer encloses
correspondence for forwarding to another address, please return
the enclosure to the above address.