UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                           CASE NO.  25-60128-CR-DIMITROLEAS

       Plaintiff,

vs.

DEGGORY RYAN CLARK,

       Defendant.

_____/

**O R D E R**

THIS CAUSE is before the Court on Clark's *pro se* April 7, 2026[1] Request for Transcripts [DE-200].

The Court has reviewed the court file and Pre-Sentence Investigation Report (PSIR) and having presided

over this cause, finds as follows:

1.   On July 16, 2025, Clark pled guilty to Possession with Intent to Distribute Crack Cocaine [DE-105]; he pled during the trial.  ON October 3, 2025 Clark was sentenced to 36 months in prison.  [DE-139] to be followed by three (3) years of supervised release.  No appeal was taken.  In this request, Clark seeks plea transcripts, sentencing transcripts, and a copy of the indictment.  No transcripts have been transcribed.  None exist in the court file.

2.   Clark is not entitled to transcripts in order to file a post conviction motion.  *U.S. v. McCollom*, 4256 U.S. 317 (1976); *U.S. v. Warmus*, 151 Fed. Appx. 783, 787 (11th Cir. 2025) *citing U.S. v. Herrera*, 474 F. 2d 1049 (5th Cir. 1973).

3.   Clark can make financial arrangements with the court reporter (Shanelle Kelly and Patricia Bailey Entinn) to obtain copies.  However, no good cause has been shown to warrant this

---

[1] Filed by the Clerk on April 13, 2026.

court's expending public funds to provide copies of any transcripts at this time.  *U.S. v. Horvath*, 157 F. 3d 131 (2d Cir. 1998).

The Clerk shall mail a copy of the indictment and this order to the Defendant.

Wherefore, Clark's Motion for Transcripts [DE-200] is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of April, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Corey O'Neal, AUSA

Deggory Clark, #81447-511
Inmate Mail
USP
PO Box 019001
Atwater, Ca  93501